**FILED**
January 17, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CRYSTAL MONIQUE JOHNSON,<br><br>    Defendant. | Case No. 2:18-mj-00009-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, CRYSTAL MONIQUE JOHNSON, Case No. 2:18-mj-00009-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_ Co-signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The unsecured bond paperwork shall be filed by 1/19/2018. The Court further ordered the Defendant to appear at the U.S. District Court in Topeka, Kansas by 2/2/2018.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/17/2018 at 2:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge